IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES in EXHIBIT A |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 22nd day of May, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1] This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2] With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3] The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

1

EXHIBIT A[4]

4:04-cv-01479-BRW  Winston, et al v. Wyeth Inc, et al
4:04-cv-01713-BRW  Partin, et al v. Wyeth Inc, et al
4:04-cv-01731-BRW  Richmond v. Wyeth Inc, et al
4:04-cv-01734-BRW  Hollander v. Wyeth Inc, et al
4:04-cv-01814-BRW  Messer, et al v. Wyeth Inc, et al

4:04-cv-01824-BRW  Halopoff v. Wyeth Inc, et al
4:04-cv-01829-BRW  Willing v. Wyeth Inc, et al
4:04-cv-01853-BRW  Northcutt v. Wyeth Inc, et al
4:04-cv-01911-BRW  Hinchcliffe v. Wyeth Inc, et al
4:04-cv-01955-BRW  Fluker, et al v. Wyeth Inc, et al

4:04-cv-01958-BRW  Seabolt v. Wyeth Inc, et al
4:05-cv-00967-BRW  Sah et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00972-BRW  Bossi et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01153-BRW  McLellan et al v. Wyeth Inc et al
4:05-cv-01156-BRW  Davis v. Wyeth Inc et al

4:05-cv-01159-BRW  Harrigan v. Wyeth Inc et al
4:05-cv-01424-BRW  Alkire et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01486-BRW  Henry v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01488-BRW  Zexter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01679-BRW  Hutchinson et al v. Wyeth et al

4:05-cv-01797-BRW  Cox et al v. Wyeth et al
4:06-cv-00080-BRW  Dressel v. Wyeth et al
4:06-cv-00124-BRW  Crawford v. Wyeth Inc et al
4:06-cv-00163-BRW  Powers v. Wyeth et al
4:06-cv-00183-BRW  Harper et al v. Wyeth et al

4:06-cv-00426-BRW  Williams v. Wyeth Inc et al
4:06-cv-00530-BRW  Salkin v. Wyeth Inc et al
4:06-cv-00554-BRW  Reinhart v. Wyeth Inc et al
4:06-cv-00565-BRW  Lopez et al v. Wyeth et al
4:06-cv-00588-BRW  Childress v. Wyeth Inc et al

4:06-cv-00593-BRW  Stone v. Wyeth Inc et al
4:06-cv-00597-BRW  Cotton v. Wyeth Inc et al
4:06-cv-00598-BRW  Brink v. Wyeth Inc et al
4:06-cv-00687-BRW  Nichols v. Wyeth et al
4:06-cv-00870-BRW  Jaggie v. Wyeth et al

---

[4]The 2010 cases originally were filed in 2004, but were severed from the earlier filed cases.

4:06-cv-00884-BRW   Watts v. Wyeth et al
4:06-cv-00893-BRW   Williams v. Wyeth et al
4:06-cv-00900-BRW   Hare v. Wyeth et al
4:06-cv-01091-BRW   Merkel v. Wyeth et al
4:06-cv-01170-BRW   Decker v. Wyeth et al

4:06-cv-01177-BRW   Mitchell v. Wyeth et al
4:06-cv-01215-BRW   Johnston et al v. Wyeth et al
4:06-cv-01256-BRW   Webb v. Wyeth et al
4:06-cv-01306-BRW   Wicht v. Wyeth et al
4:06-cv-01307-BRW   Parker v. Wyeth et al

4:06-cv-01308-BRW   Tolleson v. Wyeth et al
4:06-cv-01309-BRW   Jarvis v. Wyeth et al
4:06-cv-01310-BRW   Williams v. Wyeth et al
4:06-cv-01311-BRW   Durham v. Wyeth et al
4:06-cv-01312-BRW   Downes v. Wyeth et al

4:06-cv-01332-BRW   Meyer v. Wyeth et al
4:06-cv-01333-BRW   Williams v. Wyeth et al
4:06-cv-01341-BRW   Lester v. Wyeth et al
4:06-cv-01342-BRW   Beane v. Wyeth et al
4:06-cv-01349-BRW   Klein v. Wyeth et al

4:06-cv-01379-BRW   Gist v. Wyeth et al
4:06-cv-01386-BRW   Woody v. Wyeth et al
4:06-cv-01388-BRW   Sgroe v. Wyeth et al
4:06-cv-01390-BRW   Fish v. Wyeth Inc et al
4:06-cv-01394-BRW   Knight v. Wyeth et al

4:06-cv-01397-BRW   Green v. Wyeth et al
4:06-cv-01402-BRW   Wilson v. Wyeth et al
4:06-cv-01423-BRW   Staton v. Wyeth et al
4:06-cv-01428-BRW   Stewart v. Wyeth et al
4:06-cv-01435-BRW   Bond v. Wyeth et al

4:06-cv-01437-BRW   Growden v. Wyeth et al
4:06-cv-01441-BRW   Kirkland v. Wyeth et al
4:06-cv-01444-BRW   Johnson v. Wyeth et al
4:06-cv-01445-BRW   Middleton v. Wyeth et al
4:06-cv-01446-BRW   Anderson v. Wyeth et al

4:06-cv-01447-BRW   Vanatta v. Wyeth et al
4:06-cv-01449-BRW   Pacheco v. Wyeth et al
4:06-cv-01451-BRW   Totaro v. Wyeth et al
4:06-cv-01456-BRW   D'Agostino v. Wyeth et al
4:06-cv-01457-BRW   Straessle v. Wyeth et al

4:06-cv-01459-BRW  Huff v. Wyeth et al
4:06-cv-01476-BRW  Thomas v. Wyeth et al
4:06-cv-01477-BRW  Marino v. Wyeth et al
4:06-cv-01478-BRW  Frazier v. Wyeth et al
4:06-cv-01479-BRW  Cameron v. Wyeth et al

4:06-cv-01522-BRW  Bliss v. Wyeth et al
4:06-cv-01548-BRW  Lyles v. Wyeth et al
4:06-cv-01567-BRW  Ward v. Wyeth et al
4:06-cv-01568-BRW  Person v. Wyeth et al
4:06-cv-01569-BRW  Paradise v. Wyeth et al

4:06-cv-01575-BRW  Edge v. Wyeth et al
4:06-cv-01593-BRW  Dunn v. Wyeth et al
4:06-cv-01649-BRW  Ferretti v. Wyeth et al
4:06-cv-01663-BRW  Riese v. Wyeth Inc et al
4:06-cv-01667-BRW  Fishback et al v. Wyeth Inc et al

4:06-cv-01677-BRW  Hipkins v. Wyeth et al
4:06-cv-01692-BRW  Bechtel v. Wyeth et al
4:06-cv-01694-BRW  Miller v. Wyeth et al
4:07-cv-00134-BRW  Moses v. Wyeth et al
4:07-cv-00218-BRW  Sams v. Wyeth et al

4:07-cv-00297-BRW  Crowley v. Wyeth et al
4:07-cv-00599-BRW  McKinney v. Wyeth et al
4:07-cv-00622-BRW  Harvill et al v. Wyeth et al
4:07-cv-00729-BRW  Watson v. Wyeth Inc et al
4:07-cv-01131-BRW  Acevedo et al v. Wyeth et al

4:07-cv-01143-BRW  Gordon v. Wyeth et al
4:07-cv-01209-BRW  Gostonczik et al v. Wyeth Inc et al
4:08-cv-00033-BRW  Chaffee et al v. Wyeth Inc et al
4:08-cv-00034-BRW  Coreschi et al v. Wyeth et al
4:08-cv-00041-BRW  Kirkland v. Bristol Myers Squibb Company

4:08-cv-00123-BRW  Waldo v. Wyeth et al
4:08-cv-00147-BRW  Kleven et al v. Wyeth Inc et al
4:08-cv-00530-BRW  Evenstad-Roseland v. Wyeth Inc et al
4:08-cv-00624-BRW  Miiller et al v. Wyeth et al
4:08-cv-00648-BRW  Dent et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-01193-BRW  Polk v. Wyeth et al
4:08-cv-01419-BRW  Johnston v. Wyeth Inc et al
4:08-cv-01421-BRW  Brown v. Wyeth Inc et al
4:08-cv-01423-BRW  Kehm v. Wyeth Inc et al
4:08-cv-01451-BRW  Lieser v. Wyeth et al

4:08-cv-01500-BRW  Bell et al v. Wyeth Inc et al
4:08-cv-01547-BRW  Neuendorff v. Wyeth
4:08-cv-01549-BRW  Patrow v. Wyeth et al
4:08-cv-01550-BRW  Seckler v. Wyeth et al
4:08-cv-01679-BRW  Angle v. Wyeth Inc et al

4:08-cv-01680-BRW  Baer v. Wyeth Inc et al
4:08-cv-01681-BRW  Sosovicka v. Wyeth Inc et al
4:08-cv-01767-BRW  Bradberry et al v. Wyeth Inc et al
4:08-cv-01768-BRW  Clark et al v. Wyeth Inc et al
4:08-cv-01769-BRW  Smock et al v. Wyeth Inc et al

4:08-cv-01770-BRW  Dubich v. Wyeth et al
4:08-cv-01771-BRW  Bank et al v. Wyeth Inc et al
4:08-cv-01772-BRW  Kaatz v. Wyeth Inc et al
4:08-cv-01773-BRW  Gillings et al v. Wyeth Inc et al
4:08-cv-01774-BRW  Lenzmeier v. Wyeth Inc et al

4:08-cv-01775-BRW  McCaughey et al v. Wyeth Inc al
4:08-cv-01776-BRW  Murren et al v. Wyeth Inc et al
4:08-cv-01777-BRW  Ancha et al v. Wyeth Inc et al
4:08-cv-01780-BRW  Russ-Stalls v. Wyeth Inc et al
4:08-cv-01782-BRW  Bartlett v. Wyeth Inc et al

4:08-cv-01784-BRW  Cusack et al v. Wyeth Inc et al
4:08-cv-01785-BRW  Kirby et al v. Wyeth Inc et al
4:08-cv-01786-BRW  Newmark v. Wyeth Inc et al
4:08-cv-01787-BRW  Pesock v. Wyeth Inc et al
4:08-cv-01788-BRW  Rick et al v. Wyeth Inc et al

4:08-cv-01789-BRW  Rappold et al v. Wyeth et al
4:08-cv-01794-BRW  Schroeder v. Wyeth Inc et al
4:08-cv-01795-BRW  Poulin et al v. Wyeth Inc et al
4:08-cv-01796-BRW  McClelland et al v. Wyeth Inc et al
4:08-cv-01797-BRW  Uglem v. Wyeth Inc et al

4:08-cv-01799-BRW  Pickles et al v. Wyeth Inc et al
4:08-cv-01800-BRW  Greinert et al v. Wyeth Inc et al
4:08-cv-01801-BRW  Adamson et al v. Wyeth Inc et al
4:08-cv-01804-BRW  Seeley et al vs. Wyeth Inc et al
4:08-cv-01805-BRW  Talarico et al v. Wyeth Inc et al

4:08-cv-01806-BRW  Zitzow et al v. Wyeth Inc et al
4:08-cv-01808-BRW  Jensen et al v. Wyeth Inc et al
4:08-cv-01809-BRW  Wayerski et al v. Wyeth Inc et al
4:08-cv-01810-BRW  Wilmot et al v. Wyeth Inc
4:08-cv-01812-BRW  Vargas et al v. Wyeth Inc et al

4:08-cv-01814-BRW   Eshleman et al v. Wyeth Inc et al
4:08-cv-01849-BRW   Zepher v. Bristol Myers Squibb Company
4:08-cv-01854-BRW   Buch et al v. Wyeth Inc et al
4:08-cv-01869-BRW   Baker v. Wyeth Inc et al
4:08-cv-01872-BRW   Hummel v. Wyeth Inc et al

4:08-cv-01887-BRW   McPherson v. Wyeth Inc et al
4:08-cv-01888-BRW   Evans v. Wyeth Inc et al
4:08-cv-01889-BRW   Kirchhoff v. Wyeth et al
4:08-cv-01893-BRW   Merrick v. Wyeth Inc et al
4:08-cv-01896-BRW   Doyle v. Wyeth et al

4:08-cv-01897-BRW   Miller v. Wyeth Inc et al
4:08-cv-01899-BRW   Mills v. Wyeth Inc et al
4:08-cv-01900-BRW   Barbour v. Wyeth Inc et al
4:08-cv-01902-BRW   Numainville-Chambers v. Wyeth Inc et al
4:08-cv-01905-BRW   Bayer v. Wyeth Inc et al

4:08-cv-01911-BRW   Crawford et al v. Wyeth Inc et al
4:08-cv-02312-BRW   Cowan v. Wyeth et al
4:08-cv-02385-BRW   Broskey v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02401-BRW   Wert et al v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02411-BRW   Humphreys et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02412-BRW   Rosenzweig et al v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02430-BRW   Richter v. Wyeth et al
4:08-cv-02443-BRW   Horsfall v. Wyeth et al
4:08-cv-02448-BRW   Skinn v. Wyeth et al
4:08-cv-02454-BRW   Steenbock et al v. Wyeth et al

4:08-cv-02472-BRW   Wilson v. Wyeth Inc et al
4:08-cv-02570-BRW   Coleman et al v. Wyeth et al
4:08-cv-02574-BRW   Keedy et al v. Wyeth et al
4:08-cv-02580-BRW   Rembold v. Wyeth et al
4:08-cv-02584-BRW   DeBrower v. Wyeth et al

4:08-cv-02589-BRW   Davis v. Wyeth et al
4:08-cv-02660-BRW   Brown v. Wyeth Inc et al
4:08-cv-02668-BRW   Edwards et al v. Wyeth et al
4:08-cv-02673-BRW   Beecham v. Wyeth Inc et al
4:08-cv-02675-BRW   Handy v. Wyeth Inc et al

4:08-cv-02676-BRW   Manning v. Wyeth Inc et al
4:08-cv-02677-BRW   Miles et al v. Wyeth Inc et al
4:08-cv-02680-BRW   Hayes v. Wyeth Inc et al
4:08-cv-02687-BRW   Hacke et al v. Wyeth et al
4:08-cv-02690-BRW   Davis v. Wyeth Inc et al

4:08-cv-02692-BRW   Kahl et al v. Wyeth et al
4:08-cv-02698-BRW   Latorra et al v. Wyeth et al
4:08-cv-02699-BRW   Rockstad et al v. Wyeth et al
4:08-cv-02702-BRW   Storm et al v. Wyeth et al
4:08-cv-02703-BRW   Vent et al v. Wyeth et al

4:08-cv-02704-BRW   Gorder et al v. Wyeth et al
4:08-cv-02707-BRW   Savage-Harrington et al v. Wyeth et al
4:08-cv-02740-BRW   Fox v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02742-BRW   Gay et al v. Wyeth et al
4:08-cv-02755-BRW   Dobson v. Wyeth et al

4:08-cv-02759-BRW   Thompson et al v. Wyeth et al
4:08-cv-02767-BRW   Moles v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02791-BRW   Stine v. Wyeth et al
4:08-cv-02792-BRW   Mischke v. Wyeth et al
4:08-cv-02793-BRW   Bierdeman et al v. Wyeth

4:08-cv-02794-BRW   Wulff et al v. Wyeth
4:08-cv-02795-BRW   Olson et al v. Wyeth et al
4:08-cv-02810-BRW   Oliver et al v. Wyeth et al
4:08-cv-03125-BRW   Clark v. Wyeth et al
4:08-cv-03154-BRW   Clough v. Wyeth et al

4:08-cv-03155-BRW   Dehne et al v. Wyeth et al
4:08-cv-03176-BRW   Rinehimer v. Wyeth et al
4:08-cv-03209-BRW   Berendt v. Wyeth et al
4:08-cv-03212-BRW   Lepp v. Wyeth et al
4:08-cv-03227-BRW   Ryan v. Wyeth et al

4:08-cv-03230-BRW   Schulz v. Wyeth et al
4:08-cv-03290-BRW   Serrano v. Wyeth et al
4:08-cv-03368-BRW   Boehnlein v. Wyeth et al
4:08-cv-03378-BRW   Nelson v. Wyeth et al
4:08-cv-03393-BRW   Seidel v. Wyeth et al

4:08-cv-03397-BRW   Docherty v. Wyeth et al
4:08-cv-03399-BRW   Acosta v. Wyeth et al
4:08-cv-03502-BRW   Wimberly v. Wyeth et al
4:08-cv-03531-BRW   Taron et al v. Wyeth et al
4:08-cv-03533-BRW   England et al v. Wyeth et al

4:08-cv-03818-BRW   Jaegers v. Wyeth Inc et al
4:08-cv-03822-BRW   Dennis v. Bristol-Myers Squibb Company et al
4:08-cv-03823-BRW   Dalton v. Wyeth Inc et al
4:08-cv-03828-BRW   Bonomi v. Wyeth Inc et al
4:08-cv-04118-BRW   Donovan et al v. Wyeth et al

| Case Number | Case Name |
|---|---|
| 4:08-cv-04124-BRW | Bell v. Wyeth et al |
| 4:09-cv-00178-BRW | Coziahr v. Wyeth Pharmaceuticals Inc |
| 4:09-cv-00180-BRW | Stroud et al v. Wyeth Inc et al |
| 4:09-cv-00207-BRW | Smith v. Wyeth Pharmaceuticals Inc et al |
| 4:09-cv-00209-BRW | Kopinski v. Wyeth Pharmaceuticals Inc et al |
| 4:09-cv-00258-BRW | Breese v. Wyeth Pharmaceuticals Inc et al |
| 4:09-cv-00260-BRW | Raspa v. Wyeth Inc et al |
| 4:09-cv-00271-BRW | Turner et al v. Wyeth et al |
| 4:09-cv-00690-BRW | Schwartz v Wyeth Inc et al |
| 4:09-cv-00710-BRW | McClary et al v. Wyeth Inc et al |
| 4:09-cv-00711-BRW | Castiglione v. Wyeth Inc et al |
| 4:09-cv-00762-BRW | Rench et al v. Wyeth Inc et al |
| 4:09-cv-00772-BRW | Nelson et al v. Wyeth et al |
| 4:09-cv-00841-BRW | Coon et al v. Wyeth |
| 4:09-cv-00842-BRW | Hendrickson v. Wyeth Inc et al |
| 4:09-cv-00844-BRW | Skurow et al v. Wyeth et al |
| 4:09-cv-00848-BRW | Helmick v. Wyeth Inc |
| 4:10-cv-00413-BRW | Monroe v. Wyeth LLC et al |
| 4:10-cv-00449-BRW | Behning v. Wyeth LLC et al |
| 4:10-cv-00575-BRW | Pierson v. Wyeth LLC et al |
| 4:10-cv-00576-BRW | Miller v. Wyeth LLC et al |
| 4:10-cv-00583-BRW | Way v. Wyeth LLC et al |
| 4:10-cv-00584-BRW | Wyatt v. Wyeth LLC et al |
| 4:10-cv-00585-BRW | Shaw v. Wyeth LLC et al |
| 4:10-cv-00594-BRW | Nichols et al v. Wyeth LLC et al |
| 4:10-cv-00689-BRW | Campbell v. Wyeth LLC |
| 4:10-cv-00690-BRW | Billingsley v. Wyeth LLC |
| 4:10-cv-00691-BRW | Matthews et al v. Wyeth LLC |
| 4:10-cv-00734-BRW | Ostroff v. Wyeth LLC et al |
| 4:10-cv-00735-BRW | Horton v. Wyeth LLC et al |
| 4:10-cv-00736-BRW | Maddox v. Wyeth LLC et al |
| 4:10-cv-00737-BRW | Laws v. Wyeth LLC et al |
| 4:10-cv-00738-BRW | Culver et al v. Wyeth LLC |
| 4:10-cv-00739-BRW | Pruitt v. Wyeth LLC |
| 4:10-cv-00740-BRW | Rodgers et al v. Wyeth LLC et al |
| 4:10-cv-00741-BRW | Rhodes v. Wyeth LLC et al |
| 4:10-cv-00742-BRW | Scott v. Wyeth LLC et al |
| 4:10-cv-00743-BRW | Moore v. Wyeth LLC |
| 4:10-cv-00745-BRW | Ramsey v. Wyeth LLC et al |
| 4:10-cv-00758-BRW | Dula v. Wyeth LLC |

4:10-cv-00788-BRW   Meyer v. Wyeth LLC et al
4:10-cv-00810-BRW   Gonzalez v. Wyeth LLC et al
4:10-cv-00819-BRW   Eden v. Wyeth LLC et al
4:10-cv-00900-BRW   Downey v. Wyeth LLC et al
4:10-cv-00934-BRW   Weiss v. Wyeth LLC et al

4:10-cv-00936-BRW   Cartwright v. Wyeth LLC et al
4:10-cv-00940-BRW   Tibbs v. Wyeth LLC et al
4:10-cv-00949-BRW   Martinez v. Wyeth LLC et al
4:10-cv-00953-BRW   Rodgers v. Wyeth LLC
4:10-cv-00961-BRW   Bishop v. Wyeth LLC

4:10-cv-01007-BRW   Weaver v. Wyeth LLC et al
4:10-cv-01016-BRW   Powell v. Wyeth LLC et al
4:10-cv-01053-BRW   Teaster v. Wyeth LLC
4:10-cv-01065-BRW   Guillett v. Wyeth LLC et al
4:10-cv-01066-BRW   Sprowles v. Wyeth LLC et al

4:10-cv-01067-BRW   Garza v. Wyeth LLC et al
4:10-cv-01068-BRW   Guzman v. Wyeth LLC et al
4:10-cv-01070-BRW   Fries v. Wyeth LLC et al
4:10-cv-01075-BRW   Goode v. Wyeth LLC et al
4:10-cv-01136-BRW   Strickland v Wyeth LLC

4:10-cv-01209-BRW   Mann v. Wyeth LLC
4:10-cv-01263-BRW   Bohanan v. Wyeth LLC
4:10-cv-01274-BRW   Benton v. Wyeth LLC et al
4:10-cv-01358-BRW   Moreno v. Wyeth LLC
4:10-cv-01359-BRW   Mattson v. Wyeth LLC et al

4:10-cv-01361-BRW   Zeney v. Wyeth LLC et al
4:10-cv-01362-BRW   Vandervoort v. Wyeth LLC et al
4:10-cv-01431-BRW   Booker v. Wyeth Inc et al
4:10-cv-01432-BRW   Hardin v. Wyeth et al
4:10-cv-01433-BRW   Wilson v. Wyeth Inc et al

4:10-cv-01434-BRW   Anderson v. Wyeth Inc et al
4:10-cv-01435-BRW   Jackson v. Wyeth Inc et al
4:10-cv-01436-BRW   Tucker v. Wyeth Inc et al
4:10-cv-01437-BRW   Gary v. Wyeth Inc et al
4:11-cv-00085-BRW   Doolittle v. Wyeth